**Dismissed; and Opinion Filed May 16, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00373-CV

**FIONA HALL, Appellant**
**V.**
**WINDHAVEN FARM HOMEOWNERS ASSOCIATION, INC., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01127-2019**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Carlyle
Opinion by Justice Myers

Before the Court is appellant's May 6, 2019 motion to dismiss the appeal. We grant the

motion and dismiss the appeal.

/Lana Myers/
LANA MYERS
JUSTICE

190373F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FIONA HALL, Appellant

No. 05-19-00373-CV      V.

WINDHAVEN FARM HOMEOWNERS
ASSOCIATION, INC., Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-01127-2019.
Opinion delivered by Justice Myers, Chief
Justice Burns and Justice Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WINDHAVEN FARM HOMEOWNERS
ASSOCIATION, INC. recover its costs of this appeal from appellant FIONA HALL.

Judgment entered this 16th day of May, 2019.